IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| DRESSER-RAND COMPANY | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | HON. JUDGE MILLER |
| | § | |
| v. | § | CASE NO. 4:12-cv-184 |
| | § | |
| SCHUTTE & KOERTING | § | |
| ACQUISITION COMPANY, et al., | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF SUBMISSION
## OF DOCUMENTS FOR *IN CAMERA* INSPECTION

At the February 21, 2017 hearing, the Court ordered Plaintiff Dress-Rand Company ("Dresser-Rand") to provide the communications set forth in the table below to the Court for *in camera* inspection. Dresser-Rand hereby notifies the Court and the other parties that the documents set forth in the table below have been hand delivered to the chambers of Judge Johnson for *in camera* inspection:

| No. | Date of Document | Author | Recipient | Copied To | Basis for Privilege | Description of Document |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 12/20/12 | Douglas D'Arche (Baker Hostetler – Dresser-Rand outside counsel) | Robert Johnson (AUSA); Craig Feazel (AUSA) | Douglas D'Arche (Baker Hostetler); Gregory Saikin (Baker Hostetler); Lance A Bowling (Dresser-Rand In-House Counsel) | Irrelevant/ Attorney Work Product | Email regarding the status of the government investigation |

| No. | Date of Document | Author | Recipient | Copied To | Basis for Privilege | Description of Document |
|---|---|---|---|---|---|---|
| 2 | 1/02/13 | Lance A Bowling (Dresser-Rand In-House Counsel) | Robert Johnson (AUSA); Craig Feazel (AUSA); Luz Garcia (FBI) | Lawrence Finder (Baker McKenzie-Dresser-Rand outside counsel); Douglas D'Arche (Baker Hostetler) | Irrelevant/ Attorney Work Product | Email advising federal authorities that S&K's forensic firm (HSSK) possesses the Michael Pintozzi (S&K President) and Caroline Nelson (S&K Salesperson) hard drives |
| 3 | 1/30/13 | Douglas D'Arche (Baker Hostetler) | Robert Johnson (AUSA); Craig Feazel (AUSA) | Douglas D'Arche (Baker Hostetler); Gregory Saikin (Baker Hostetler); Lance A Bowling (Dresser-Rand In-House Counsel); Lawrence Finder (Baker McKenzie-Dresser-Rand outside counsel) | Irrelevant/ Attorney Work Product | Email advising the federal authorities that the civil action was stayed. |
| 4 | 1/31/13 | Craig Feazel (AUSA) | Douglas D'Arche (Baker Hostetler) | | Irrelevant/ Attorney Work Product | Response to email advising about the stay |
| 5 | 4/4/13 | Lance A Bowling (Dresser-Rand In-House Counsel) | Craig Feazel (AUSA) | Luz Garcia (FBI); Lawrence Finder (Baker McKenzie) | Irrelevant/ Attorney Work Product | Email responding to request for a copy of Dresser-Rand's forensic expert report. |
| 6 | 4/18/13 | Ken G. Tisdel (LCG Discovery Experts) | | | Exceeds the scope of discovery permitted by FRCP 26(b)(4) governing expert discovery/ Attorney Work Product | Forensic expert report attached to 4/4/13 email. |

| No. | Date of Document | Author | Recipient | Copied To | Basis for Privilege | Description of Document |
|---|---|---|---|---|---|---|
| 7 | 5/6/13 | Lawrence Finder (Baker McKenzie) | Craig Feazel (AUSA) | | Irrelevant/ Attorney Work Product | Email inquiring about status of government investigation |
| 8 | 5/16/13 | Lawrence Finder (Baker McKenzie) | Craig Feazel (AUSA) | | Irrelevant/ Attorney Work Product | Email inquiring about status of government investigation |
| 9 | 5/17/13 | Craig Feazel (AUSA) | Lawrence Finder (Baker McKenzie) | | Irrelevant/ Attorney Work Product | Response to Lawrence Finder 5/16/13 email. |
| 10 | 7/15/13 | Lawrence Finder (Baker McKenzie) | Craig Feazel (AUSA) | | Irrelevant/ Attorney Work Product | Email inquiring about status of government investigation |
| 11a | 8/1/13 | Lance A Bowling (Dresser-Rand In-House Counsel) | Brannon Coker (FBI) | | Irrelevant/ Attorney Work Product | Email from Bowling advising that he is out of town, but can arrange a telephone call. |
| 11b | 8/1/13 | Brannon Coker (FBI) | Lance A Bowling (Dresser-Rand In-House Counsel) | | Irrelevant/ Attorney Work Product | Coker response to 8/1/13 email. |
| 12a | 8/5/13 | Lance A Bowling (Dresser-Rand In-House Counsel) | Brannon Coker (FBI) | | Irrelevant/ Attorney Work Product | Email advising that S&K and Defendants, Ashar, Jardine, and Maxwell have not produced any reports from their forensic expert HSSK. |
| 12b | 8/9/13 | Brannon Coker (FBI) | Lance A Bowling (Dresser-Rand In-House Counsel) | | Irrelevant/ Attorney Work Product | Email asking to arrange meeting with Dresser-Rand's forensic experts. |
| 13 | 5/25/16 | Johnathan Pierce (Porter Hedges-Dresser-Rand outside counsel) | Craig Feazel (AUSA) | | Irrelevant/ Attorney Work Product | Email inquiring about federal government investigation |

| No. | Date of Document | Author | Recipient | Copied To | Basis for Privilege | Description of Document |
|---|---|---|---|---|---|---|
| 14 | 5/25/16 | Craig Feazel (AUSA) | Johnathan Pierce (Porter Hedges-Dresser-Rand outside counsel) | | Irrelevant/ Attorney Work Product | Response to inquiry about federal government investigation |
| 15 | 6/24/16 | Kyle Reeb (Porter Hedges-Dresser-Rand outside counsel) | Craig Feazel (AUSA) | David J. Grenell (Dresser-Rand's Associate General Counsel and Global Head of Litigation) | Irrelevant/ Attorney Work Product | Email seeking clarification of Craig Feazel email indicating closure of the criminal investigation, as prompted by defendants' opposition to reinstate the civil lawsuit. |
| 16 | 7/18/16 | Kyle Reeb (Porter Hedges-Dresser-Rand outside counsel) | Craig Feazel (AUSA) | David J. Grenell (Dresser-Rand's Associate General Counsel and Global Head of Litigation); Johnathan Pierce (Porter Hedges) | Irrelevant/ Attorney Work Product | Email seeking clarification of Craig Feazel email indicating closure of the criminal investigation, as prompted by defendants' opposition to reinstate the civil lawsuit. |
| 17 | 7/18/16 | David J. Grenell (Dresser-Rand's Associate General Counsel and Global Head of Litigation) | Craig Feazel (AUSA) | Kyle Reeb (Porter Hedges-Dresser-Rand outside counsel); Johnathan Pierce (Porter Hedges) | Irrelevant/ Attorney Work Product | Email thanking Feazel for his attention. |
| 18 | 7/19/16 | Kyle Reeb (Porter Hedges-Dresser-Rand outside counsel) | Craig Feazel (AUSA) | David J. Grenell (Dresser-Rand's Associate General Counsel and Global Head of Litigation) | Irrelevant/ Attorney Work Product | Email advising Feazel to disregard prior requests for clarification as the Court ordered the re-opening of the civil litigation. |

Respectfully submitted,

**PORTER HEDGES LLP**

By: /s/ Kyle C. Reeb
    Attorney-in-Charge
    Texas State Bar No. 24091604
    Fed. ID: 2571829
    1000 Main Street, 36th Floor
    Houston, Texas 77002
    (713) 226-6625 (telephone)
    (713) 226-6225 (facsimile)
    kreeb@porterhedges.com

**ATTORNEYS FOR PLAINTIFF**
**DRESSER-RAND COMPANY**

Of Counsel:

**JONATHAN PIERCE**
Texas State Bar No. 24027744
Fed. ID: 23801
**KERRY McMAHON**
Texas State Bar No. 797053
Fed. ID: 22927
**JAMIE L. GODSEY**
Texas State Bar No: 24097741
Fed. ID: 2771744
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6694 Pierce telephone
(713) 226-6294 Pierce facsimile
jpierce@porterhedges.com
(713) 226-6657 McMahon telephone
(713) 226-6257 McMahon facsimile
kmcmahon@porterhedges.com
(713) 226-6752 Godsey telephone
(713) 226-6352 Godsey facsimile
jgodsey@porterhedges.com

# CERTIFICATE OF SERVICE

      I certify that on February 24, 2017, a true and correct copy of the foregoing document was forwarded to all interested parties via the Court's CM/ECF filing system and/or email.

| | |
|---|---|
| Gregory L. Porter, Esq.<br>Andrews Kurth LLP<br>600 Travis, Suite 4200<br>Houston, TX 77002<br>713-220-4621 telephone<br>713-220-4285 facsimile<br>gregporter@andrewskurth.com<br><br>Attorney-in-Charge for Defendant<br>Schutte & Koerting Acquisition Company | Daniel R. Utain, Esq.<br>Kaplin Stewart Meloff Reiter & Stein, P.C.<br>Post Office Box 3037<br>Blue Bell, PA 19422<br>610-941-2582 telephone<br>610-684-2032 facsimile<br>dutain@kaplaw.com<br><br>Counsel for Schutte & Koerting Acquisition Company |

David K. Anderson, Esq.
Julie B. Cunningham, Esq.
Anderson & Cunningham
1221 Lamar, Suite 1115
Houston, TX 77010

Counsel for Defendants
Kanaksinh Ashar, Anthony Jardine and
Robert Maxwell

                                                          /s/ Jonathan M. Pierce
                                                          Jonathan M. Pierce

6043889