# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **DRESSER-RAND COMPANY** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:12-cv-00184 |
| **SCHUTTE & KOERTING** | § | |
| **ACQUISITION COMPANY,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## S&K'S MOTION FOR LEAVE TO TAKE UP TO THREE DEPOSITIONS IN EXCESS OF RULE 30'S DEFAULT LIMIT

Defendant Schutte & Koerting Acquisition Company ("S&K") files this Motion for Leave to take up to three depositions in excess of FEDERAL RULE OF CIV. P. 30's default limit of ten (10).

On March 27, 2017, Plaintiff Dresser Rand Company ("Dresser") amended its disclosures, and added five previously undisclosed witnesses to the list of those persons Dresser may call at trial. With these additions, Dresser has now identified nine current or former Dresser employees and four experts. In light of these additions, S&K anticipates that it may exceed Rule 30's default limit of ten depositions per side. Thus on March 29, 2017, counsel S&K called counsel for Dresser and requested that Dresser agree to permit S&K to take up to three short depositions in excess of Rule 30's default limit. On March 31, 2017, counsel for Dresser rejected S&K's request. Accordingly, S&K respectfully requests that this Court permit it to take up to three short depositions in excess of Rule 30's default limit of ten.

Respectfully submitted,

**ANDREWS KURTH KENYON LLP**

By: *s/ Gregory L. Porter*
　　Gregory L. Porter
　　State Bar No. 24002784
　　Federal I.D. No. 34185
　　600 Travis, Suite 4200
　　Houston, Texas 77002
　　713-220-4621
　　713-220-4285 (Fax)
　　gregporter@andrewskurth.com

ATTORNEY-IN-CHARGE FOR DEFENDANT SCHUTTE & KOERTING ACQUISITION COMPANY

OF COUNSEL:

Eric G. Osborne
State Bar No. 24088165
Federal ID No. 2109359
Joseph W. Golinkin II
State Bar No. 24087596
Federal I.D. No. 2515657
Andrews Kurth Kenyon LLP
600 Travis, Suite 4200
Houston, Texas 77002
713-220-4200
713-238-4285 (Fax)
ericosborne@andrewskurth.com
jebgolinkin@andrewskurth.com

Daniel R. Utain
Kaplin Stewart Meloff Reiter & Stein, P.C.
P.O. Box 3037
Blue Bell, Pennsylvania 19422
610-941-2582
610-684-2032 (Fax)
dutain@kaplaw.com

## CERTIFICATE OF CONFERNECE

The undersigned conferred with counsel for Dresser on March 29, 2017. Counsel for Dresser does not agree to the relief requested in this Motion.

*s/Joseph W. Golinkin II*
Joseph W. Golinkin II

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2017. I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the following attorneys of record who are filing users of the Court's Electronic Filing System:

| | |
|---|---|
| Kyle C. Reeb | David K. Anderson |
| Jonathan Pierce | Julie B. Cunningham |
| Kerry McMahon | Anderson & Cunningham |
| Jaimie L. Godsey | 1221 Lamar, Suite 1115 |
| Porter Hedges, LLP | Houston, Texas 77010 |
| 1000 Main Street, 36th Floor | |
| Houston, Texas 77002 | Counsel for Defendants |
| | Kanaksinh Ashar and Anthony Jardine |
| Counsel for Plaintiff | |
| Dresser-Rand Company | |

*s/Joseph W. Golinkin II*
Joseph W. Golinkin II
